JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PATRICK POTEAT, an Individual, | Case No. 2:21-cv-05607-VAP-PD |
| Plaintiff, | **ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| BESTWAY SERVICES, INC., a Tennessee Corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Pursuant to the stipulation between Plaintiff PATRICK POTEAT ("Plaintiff") and Defendant BESTWAY SERVICES, INC. a Tennessee Corporation, and <u>Federal Rule of Civil Procedure 41(a)(1)(A)(ii)</u>, Case No. 2:21-cv-05607-VAP-PD is hereby DISMISSED WITH PREJUDICE in its entirety. Each party to bear its own attorneys' fees and costs except as specified in the parties' settlement agreement. The Court will retain jurisdiction to enforce the settlement

**IT IS SO ORDERED.**

Dated: March  1, 2022

_____
HONORABLE VIRGINIA A. PHILLIPS
JUDGE OF THE UNITED STATES
DISTRICT COURT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4885-4485-9920.1                                    2
ORDER RE DISMISSAL WITH PREJUDICE